UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FRED REEVES,

     Plaintiff,

v.                             Case No. 06-10326

DEBORAH WALLINGTON, DAVE SIVIK,
KAREN KEDRON, LINDA SHARP,         HONORABLE AVERN COHN
KAREN PETERS, DAVID LEMMA, D. SVENSEN,
HEATHER BAILEY, LYNN DEVOOGHT,
LARRY ALEXANDER, and DR. JOSEPH BURTCH,


     Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND
## DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO DR. BURTCH AS MOOT

I.

     This is a prisoner civil rights case under 42 U.S.C. § 1983. Plaintiff Fred Reeves,

a state inmate proceeding pro se, sued several defendants claiming that they were

deliberately indifferent to his serious medical needs. The matter was referred to a

magistrate judge for all pretrial proceedings. On February 16, 2007, the magistrate

judge issued a report and recommendation (MJRR) recommending (1) that summary

judgment be granted as to defendants Sharp, Peters, Lemma, Svensen, Bailey,

Devooght, Alexander, and Dr. Burtch, and (2) that summary judgment be denied as to

1

defendants Sivik, Wallington, and Kedron. The Court adopted the MJRR on March 29, 2007. On April 9, 2007, Reeves filed a motion for summary judgment against Dr. Burtch. On June 20, 2007, the magistrate judge issued a MJRR recommending that the motion be denied as moot in light of the Court's dismissal of Dr. Burtch.

Reeves, who is now represented by counsel, has not objected. Accordingly, the findings and conclusions of the magistrate judge in the MJRR filed June 20, 2007 are adopted as the findings and conclusions of the Court. Reeves' motion for summary judgment is DENIED as MOOT.

SO ORDERED.

 s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: August 7, 2007

I hereby certify that a copy of the foregoing document was mailed to the counsel of record and on this date, August 7, 2007, by electronic and/or ordinary mail.

 s/Julie Owens
Case Manager, (313) 234-5160