UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRED DANIEL REEVES,

    Plaintiff,

v

DEBORAH WALLINGTON, DAVID SIVIK, KAREN KEDRON, ROBERT DAVIS, KEITH GRANSDEN, RONALD HUGHES, KELLY GOHEEN,

    Defendants.

Case No. 2:06-cv-10326

Hon. Avern Cohn

Magistrate Judge: Michael J. Hluchaniuk

---

### **ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE**

This matter came before the Court on plaintiff's motion in limine with supporting brief (Docket #158), and at the Final Pretrial Conference, and the Court being duly advised,

IT IS HEREBY ORDERED that Plaintiff's Motion in Limine is GRANTED.

IT IS FURTHER ORDERED that all evidence, argument and references relating to the following are barred and prohibited at trial:

    A.    Other than the one at issue in this case, all complaints, lawsuits and grievances that plaintiff Reeves, or other witnesses plaintiff may call to testify at trial, have filed against the Michigan Department of Corrections ("MDOC") or its employees;

    B.    All major misconduct reports, disciplinary incidents and records, results of parole board proceedings, or other alleged bad acts of plaintiff Reeves or other witnesses plaintiff may call to testify at trial; and

    C.    Specific prior convictions of the witnesses plaintiff Reeves may call to testify at trial.

Defendants and their counsel shall not present any evidence, argument or references at trial relating to the above without prior approval of the Court. Defendants contend that evidence of the following

lawsuits filed by plaintiff Reeves may be relevant in this case, and the Court will address these outside of the presence of the jury for a relevancy and admissibility determination if and when defendants' counsel intends to raise them:

*Fred Reeves #241575 v Smith, et al*, USDC-WD Case No. 4:03-cv-50
*Fred Reeves #241575 v Jensen, et al*, USDC-WD Case No. 5:04-cv-194
*Fred Reeves #241575 v Alexander, et al,* USDC-WD Case No. 2:07-cv-125
*Fred Reeves #241575 v Monroe, et al,* USDC-WD Case No. 2:05-cv-169

IT IS FURTHER ORDERED that plaintiff Reeves and the other witnesses that he calls to testify at trial shall not be shackled while in the courtroom. Plaintiff Reeves shall wear civilian clothing at trial while in the courtroom.

Plaintiff shall provide an extra copy of plaintiff's motion in limine with supporting brief and its exhibits to the chambers of Judge Cohn.

Dated: March 05, 2009　　　　　　　　　　　　s/Avern Cohn
　　　　　　　　　　　　　　　　　　　　　　　Hon. Avern Cohn

**APPROVED AS TO FORM:**

**BARRIS, SOTT, DENN & DRIKER, PLLC**

By: /S/ Todd R. Mendel　　　　　　　　　　　By: /S/ Dawn C.M. Jack (w/permission)
　　　Todd R. Mendel (P55447)　　　　　　　　　　Dawn C.M. Jack (P64635)
Attorneys for Plaintiff　　　　　　　　　　　　Assistant Attorney General Corrections Division
211 W. Fort Street, 15th Floor　　　　　　　　Attorneys for Defendants
Detroit, Michigan 48226-3281　　　　　　　　525 W. Ottawa St.
(313) 965-9725　　　　　　　　　　　　　　　P.O. Box 30217
　　　　　　　　　　　　　　　　　　　　　　Lansing, MI 48909
　　　　　　　　　　　　　　　　　　　　　　(517) 335-7021